THE CONTINENTAL NATIONAL BANK OF NEW YORK, RESPONDENT, *v.* JOHN B. HASKIN, APPELLANT, WITH JOHN R. FELLOWS.

Judgment affirmed.

Opinion by INGALLS, J.

---

THOMAS S. GRIMWOOD, RESPONDENT, *v.* HENRY ERBEN, APPELLANT.

Judgment affirmed, with costs.

Opinion by INGALLS, J.

---

FREDERICK BEDFORD, AS EXECUTOR, ETC., *v.* THOMAS C. FIELDS AND OTHERS, RESPONDENT. MILN P. PALMER, PURCHASER, APPELLANT.

Order affirmed.

Opinion by INGALLS, J.

---

THE CONTINENTAL BANK OF NEW YORK, RESPONDENT, *v.* WILLIAM E. TOWNSEND, APPELLANT, IMPLEADED, ETC.

Judgment affirmed.

Opinion by INGALLS, J.

---

WILLIAM POWELL, RESPONDENT, *v.* JOHN D. TRACY AND ELIZABETH TRACY, APPELLANTS, IMPLEADED, ETC.

Judgment affirmed, with costs.

Opinion by INGALLS, J.

---

FANNIE M. ROBINSON AND OTHERS, TRUSTEES, ETC., RESPONDENTS, *v.* THE CHEMICAL NATIONAL BANK OF NEW YORK, APPELLANT.

Judgment affirmed.

Opinion by INGALLS, J,

---

THOMAS H. WALTER AND HARRIET A. WALTER, EXECUTRIX AND TRUSTEE, ETC., RESPONDENTS, *v.* JONATHAN O. FOWLER, APPELLANT.

Order affirmed, with $10 costs, and disbursements.

Opinion by INGALLS, J.